# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 9, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

133466(96)(97)

UNITED STATES FIDELITY INSURANCE &
GUARANTY COMPANY,
       Plaintiff-Appellee,

v

MICHIGAN CATASTROPHIC CLAIMS
ASSOCIATION,
       Defendant-Appellant,
and

MICHAEL MIGDAL, Individually and as
Conservator for the Estate of DANIEL MIGDAL,
a Protected Person,
       Defendant.

_____

SC: 133466
COA: 260604
Oakland CC: 2003-051485-CK

On order of the Chief Justice, the motion by the Michigan Association for Justice for leave to file a brief *amicus curiae* regarding the motion for rehearing is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2009                  _____

                                        Clerk